IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 3 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| MASAKAZU USHIJIMA, | § |
| PLAINTIFF, | § |
| | § |
| V. | § CAUSE NO. A-12-CV-318-LY |
| | § |
| SAMSUNG ELECTRONICS CO., LTD. | § |
| AND SAMSUNG ELECTRONICS | § |
| AMERICA, INC., | § |
| DEFENDANTS. | § |

## VERDICT FORM

**Instructions:** In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.

**QUESTION NO. 1 – INFRINGEMENT**

Has Ushijima proved by a preponderance of the evidence that Samsung infringed the following claims of the '405 Patent by making, using, offering for sale, or selling in the United States, or importing into the United States the following accused products:

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '405 Patent Claims | EE designated core products | | EFD designated core products | | EER designated core products | | EEL designated core products | | UU designated core products | |
|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 4 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 5 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |

Please proceed to the next question.

**QUESTION NO. 2 – WILLFUL INFRINGEMENT**

**If you have answered "YES" for any claim listed in Question 1, answer Question 2. Otherwise, do not answer Question 2 and proceed to Question 3.**

Has Ushijima proved by clear and convincing evidence that Samsung's infringement was willful?

**Check "Yes" or "No" in the space provided:**

        Yes _____        No_____

Please proceed to the next question.

**QUESTION NO. 3 – INVALIDITY BY ANTICIPATION**

Has Samsung proved by clear and convincing evidence that the following claims of the '405 Patent are invalid as anticipated?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '405 Patent Claims | YES | NO |
|---|---|---|
| 4 |  | ✓ |
| 5 |  | ✓ |

Please proceed to the next question.

3

**QUESTION NO. 4 – INVALIDITY BY OBVIOUSNESS**

Has Samsung proved by clear and convincing evidence that the following claims of the '405 Patent are invalid for obviousness?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '405 Patent Claims | YES | NO |
|---|---|---|
| 4 |  | ✓ |
| 5 |  | ✓ |

Please proceed to the next question.

**QUESTION NO. 5 – INVALIDITY FOR WRITTEN DESCRIPTION OR ENABLEMENT**

Has Samsung proved by clear and convincing evidence that the following claims of the '405 Patent are invalid for lack of written description or lack of enablement?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '405 Patent Claims | Written Description? | | Enablement? | |
| --- | --- | --- | --- | --- |
|  | YES | NO | YES | NO |
| 4 |  | ✓ |  | ✓ |
| 5 |  | ✓ |  | ✓ |

Please proceed to the next question.

**QUESTION NO. 6 – DAMAGES**

**Answer Question No. 6 only if you have answered "Yes" for any claim listed in Question No. 1. Otherwise, do not answer Question No. 6.**

What sum of money, if paid now, do you find Ushijima has proved by a preponderance of the evidence would fairly and reasonably compensate him for Samsung's infringement?

Answer in U.S. dollars and cents for a reasonable royalty amount.

Damages Amount: $_____

Please proceed to the next page, and your Presiding Juror will sign the Verdict Form.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Submitted the __3__ day of __March__, 2015, at __5:34__ o'clock __P__.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
PRESIDING JUROR